# United States District Court
# Central District of California

| | |
|---|---|
| JI YOUNG JANG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASCENA RETAIL GROUP, INC.; TJX COMPANIES, INC.; TWEEN BRANDS, INC.; and DOES 1–10, inclusive,<br><br>　　　　　　　Defendants. | Case № 2:15-cv-09119-ODW(JPRx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the mediation report (ECF No. 31), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 2, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　**IT IS SO ORDERED.**

　　October 31, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**